UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | | |
|---|---|---|
| BRIAN MOORE,<br>an individual, | * * * | |
| PLAINTIFF, | * * | Case No. 22-1260 |
| v. | * * | NOTICE OF VOLUNTARY DISMISSAL |
| PACIFICA INVESTMENTS LLC.,<br>a limited liability company, | * * * | |
| DEFENDANT. | * * | |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), plaintiff voluntarily dismisses the above-captioned action without prejudice

Dated this 23 September 2022.

Respectfully submitted,

By: _____
Conner G. Spani, Esq.
Counsel for Plaintiff
Washington State Bar No.: 58788
Telephone: 206-579-8781
Email: conner.spani@spanilaw.com